IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TANYA EMKEY, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: RDB-18-1304 |
| W.S.C., Inc., *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is this 21st day of August, 2019, hereby ORDERED that:

1. Defendants W.S.C., Inc. and Indian Acres Club of Chesapeake Bay, Inc.'s Motion for Summary Judgment (ECF No. 33) is GRANTED;

2. Summary judgment is ENTERED in favor of Defendants W.S.C., Inc. and Indian Acres Club of Chesapeake Bay, Inc.

3. The Clerk shall CLOSE THIS CASE.

                                                                                                    _____/s/_____
                                                                                                    Richard D. Bennett
                                                                                                    United States District Judge